# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4020

_____

| | | |
|---|---|---|
| Donald Erdman, Sr., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Janice K. Erdman, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Federal Land Bank of Omaha; Federal | * | Northern District of Iowa. |
| Land Bank Association of Forest | * | |
| City; Federal Land Bank of Mason | * | |
| City; Hertz Farm Management, Inc.; | * | [UNPUBLISHED] |
| David Siegrist; C. W. McManigal; | * | |
| John Does, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 5, 1998
Filed: June 11, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Janice K. Erdman appeals the district court's[1] dismissal of her action under Federal Rule of Civil Procedure 41(b). After a careful review of the record and the parties' submissions on appeal, we affirm the judgment for the reasons stated by the district court in its thorough order. <u>See</u> 8th Cir. R. 47B. We also deny Erdman's pending motion filed with this court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.